# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Rodolfo Estrada-Mancedo,<br>a.k.a., Rodolfo Estrada-Macedo,<br>a.k.a., Louis Bueno,<br>A098 371 710<br>*Defendant* | Case No. 16-457 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 23, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Rodolfo Estrada-Mancedo, an alien, was found in the United States of America, at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near El Paso, Texas, on or about February 4, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey P.S. for Natalie B Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 23, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 23, 2016, Border Patrol Agent A. Dickison encountered an individual near Arizona City, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Rodolfo Estrada-Mancedo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Estrada-Mancedo was transported to the Casa Grande Border Patrol Station for further processing. Estrada-Mancedo was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Rodolfo Estrada-Mancedo to be a citizen of Mexico and a previously deported alien. Estrada-Mancedo was removed from the United States to Mexico through El Paso, Texas, on or about February 4, 2013, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Estrada-Mancedo in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Estrada-Mancedo's immigration history was matched to him by electronic fingerprint comparison.

4. On September 23, 2016, Rodolfo Estrada-Mancedo was advised of his constitutional rights. Estrada-Mancedo freely and willingly acknowledged his rights and agreed to provide a statement under oath. Estrada-Mancedo stated that his true and complete name is Rodolfo Estrada-Macedo and that he is a citizen of Mexico and of no other country. Estrada-Mancedo stated that he illegally entered the United States at or near Lukeville, Arizona, on or about September 17, 2016, at or around 2:00 pm, without inspection by an immigration officer. Estrada-Mancedo further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 23, 2016, Rodolfo Estrada-Mancedo, an alien, was found in the United States of America, at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about February 4, 2013, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

*[signature]*
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 23rd day of September, 2016.

*[signature]*
Michelle H. Burns
United States Magistrate Judge